STATE of Missouri, Respondent,

v.

Betty G. DESHOTELS, Appellant.

No. WD 76213.

Missouri Court of Appeals,
Western District.

April 8, 2014.

---

Jennifer Rodewald, Jefferson City, MO, for appellant.

Craig A. Johnston, Columbia, MO, for respondent.

Before Division Two: GARY D. WITT, PRESIDING JUDGE, LISA WHITE HARDWICK and ALOK AHUJA, Judges.

## ORDER

PER CURIAM.

Betty Deshotels was convicted by jury of the class B felony of driving while intoxicated as a chronic offender. The circuit court sentenced her to a ten-year prison term. On appeal, Deshotels contends the court abused its discretion because the ten-year sentence was impermissibly based on the exercise of her constitutional rights to testify and deny guilt for the charged offense. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction and sentence. Rule 30.25(b).